## SMITH v. BELDEN.

APPEAL by defendant from an order at special term refusing to set aside an inquest.

The action was brought by German Smith against E. P. Belden and another.

*H. Brewster*, for appellant.

*W. H. Townley*, for respondent.

TALCOTT, J.

The order was affirmed on the ground that the defendant had full notice from the other side of the intention to take an inquest, and that the defendant made the motion to procure delay rather than in a belief that he would be able to make a successful defense. No point of general importance was passed upon in the opinion.

*Order affirmed.*

---

## BURLING v. FREEMAN.

*Jurisdiction — of county court — when objection to must be taken.*

In an action in a county court the complaint was silent as to the residence of defendants, but they appeared and answered, and made no objection to the jurisdiction of the court. *Held*, that it was too late after judgment to take the objection that the court had not jurisdiction, because it did not appear in the record that defendants were residents of the county.

APPEAL by defendants from an order of the Kings county court denying a motion to set aside a judgment in favor of plaintiff.

The judgment had been rendered in an action for the possession of personal property, brought by Mary Burling against Luke Freeman and others.

*Anthony Barrett*, for appellants.

*T. O. Connor*, for respondent.

BARNARD, P. J.

The only question passed upon in the opinion is fully set forth in the head-note.

*Order affirmed.*